# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| YANNA GASSAWAY, | ) |
| Petitioner, | ) |
| v. | ) Case No.7:19-CV-2026-AMM-HNJ |
| PATRICIA BRADLEY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on October 8, 2020, recommending that this action be dismissed as moot based on Petitioner Yanna Gassaway's release from custody on September 22, 2020. Doc. 16. Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received objections.[1]

Having carefully reviewed and considered the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.[2] By separate order, the court will dismiss this action as moot.

---

[1] The U.S. Postal Service returned as undeliverable previous orders mailed to Ms. Gassaway at the Dismas House of Macon in Macon, Georgia. *See* Doc. 17, 18.

[2] Consistent with the magistrate judge's recommendation, the court **GRANTS** Respondent's Motion for Leave to File the Status Report Out of Time. Doc. 15.

1

**DONE** and **ORDERED** this 13th day of November, 2020.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE